IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OCIE WOOD, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11-cv-136-WHA |
| | )                          (WO) |
| BAILEY-HARRIS CONSTRUCTION | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## Judgment

In accordance with the Order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendant, Bailey-Harris Construction Company, Inc., and against the Plaintiff, Ocie Wood, Jr., and this case is dismissed with prejudice.

Costs are taxed against the Plaintiff.

Done this 27th day of July, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE